**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 JUN 13  AM 8:38

DEPUTY CLERK_____

---

**REVEAL ON THE LAKE**

    Respondent,

v.

**TAISHA GIVENS**

    Petitioner,

---

**FEDERAL COURT CASE NO.:**

**3-22CV1269-L**

**STATE COURT DOCKETT NO.:**

**JE22-01135B**

---

**PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION
PURSUANT TO 28 USC 1441 (B)**

DEFENDANT, TAISHA GIVENS, hereby files this Petition for Removal in the United States District Court for the Northern District of Texas, Dallas Division of the above stated case number, in the State Court of Dallas County Texas in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Dallas County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENT, Reveal On The Lake is registered and headquartered in the State of Texas and is attempting to collect a debt in violation of the Fair Debt Collection

Practices Act (FDCPA), of 1978, 15 U.S.C. 1692. The Respondent is also attempting to evict in violation of the Civil Rights Act of 1968, also known as the Fair Housing Act (FHA). Accordingly, this action is removable pursuant to 28 U.S.C. 1441(b). The United States Court for the Northern District of Texas, Dallas Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action is attached hereto as Exhibit "A".

WHEREFORE, DEFENDANT, TAISHA GIVENS requests that this action be removed to the United States District Court for the Northern District of Texas.

Respectfully submitted,

*Taisha Givens*

TAISHA GIVENS
PRO SE PETITIONER
1600 PGB HWY
# 17002
ROWLETT, TX 75088
(423) 762-0284

THE STATE OF TEXAS

TO THE DEFENDANT: GIVENS, TAISHA AND ALL OCCUPANTS

GREETINGS: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF THE PEACE, 2-2 IN AND FOR DALLAS, DALLAS COUNTY, TEXAS, IN THE CITY OF MESQUITE AT 09:45 AM, ON JUNE 13, 2022 THEN AND THERE TO ANSWER THE COMPLAINT OF THE PLAINTIFF

THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES KNOWN AS 1600 PGB HWY #17002, ROWLETT, TX 75088
IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $ 5,510.46 FOR RENT ACCRUING, FOR COSTS, AND ATTORNEY'S FEES, IF ANY.

IF YOU DESIRE TRIAL BY JURY, IT MUST BE REQUESTED AND THE JURY FEE PAID NO LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. IF A JUDGMENT FOR POSSESSION IS ENTERED, THE PLAINTIFF WILL HAVE THE RIGHT TO HAVE YOUR POSSESSIONS REMOVED FROM THE PROPERTY BY ORDER OF THE COURT.

FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT: THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501ET SEQ.), OR STATE LAW, INCLUDING SECTION 92.017, TEXAS PROPERTY CODE.
CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY. IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.**

**DEMANDA DE DESALOJO: ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LÍMITE INMEDIATA. UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER DERECHOS O ALIVIO ESPECIALES RELACIONADO CON ESTA DEMANDA BAJO LA LEY FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. BRIGADA SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE. PARA ASISTENCIA EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACIÓN DE ABOGADO DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER CONTRATAR UN ABOGADO. TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O DE BAJO COSTO.**

A COPY OF THE PLAINTIFF'S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS MAY 26, 2022.

_____
JUSTICE OF THE PEACE

ADDRESS:
1600 PGB HWY #17002
ROWLETT, TX 75088

RENT:   $5,510.46

DOCKET NO.   JE22-01135E

REVEAL ON THE LAKE
1600 PRES GEORGE BUSH HWY
ROWLETT, TX 75088
(469) 275 0904

PLAINTIFF
VS.

GIVENS, TAISHA & OCC.
1600 PGB HWY #17002
ROWLETT, TX 75088
(423) 762 0284

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT

FILED ON: 05-25-2022
CITATION ISSUED: 05-26-2022
CITATION ISSUED TO
CONST 2

SET
09:45 O'CLOCK AM
ON JUNE 13, 2022

KATINA WHITFIELD
JUSTICE OF THE PEACE
PRECINCT 2, PLACE 2
DALLAS COUNTY
823 N. GALLOWAY
MESQUITE, TEXAS 75149    #101-A
(972) 285-5429

In the Justice Court, Precinct 2, 2 County, Texas

CASE NO. JE 2201134 E

COURT DATE: 6/9/22 @ 10AM  9:45AM
13

**Plaintiff** revial on the lake

v. Tasha Givens + All other occ

**Defendant(s)**

Rental Subsidy (if any) $_____
Tenant's Responsibility $_____
Total Monthly Rent $ 2157

## PETITION – EVICTION CASE

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for eviction of plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:
1600 Pres. George Bush Hwy  17002  Rowlett  TX  75088
Street Address    Unit No. (if any)    City    State    Zip

1. **SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are: _____

2. **UNPAID RENT AS GROUNDS FOR EVICTION:** Defendant(s) failed to pay rent for the following time period(s): April, May, June _____ **TOTAL DELINQUENT RENT AS OF DATE OF FILING IS:** $ 5,510.46
Plaintiff reserves the right to orally amend their petition to reflect current amount owed.

3. **HOLDOVER/ OTHER LEASE VIOLATIONS:** (lease expiration date /list lease violations) _____

4. **NOTICE TO VACATE:** Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the 9 day of May _____ and delivered ☐ in person to the tenant(s). ☐ in person to an occupant at least sixteen years of age. ☐ by mail. ☐ by affixing to the inside of the main entry door. ☒ other outside door padlock

5. **ATTORNEY'S FEES:** Attorney's name, address, and phone & fax numbers are: _____
Hourly Rate: $____ Hours Worked: ____ Amount Requested: $____

6. **BOND FOR POSSESSION:** ☐ Yes ☒ No - If Plaintiff has filed a bond for possession, plaintiff requests (1) that the amount of plaintiff's bond and defendant's counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that proper notices as required by the Texas Justice Court Rules are given to Defendant(s).

7. **REQUEST FOR JUDGMENT:** Plaintiff prays that defendant(s) be served with citation and that plaintiff have judgment against defendant(s) for: possession of premises, including removal of defendants and defendants' possessions from the premises, unpaid rent IF set forth above, attorney's fees, court costs, and interest on the above sums at the rate stated in the rental contract, or if not so stated, at the statutory rate for judgments under Civil Statutes Article 5069-1.05.

☐ I hereby request a jury trial. The fee is $22 and must be paid at least 3 days before trial.
☒ I hereby consent for all filings related to this case be sent to my email address as follows: manderson@berkshire

Plaintiff's Printed Name Micala Anderson    Plaintiff/Agent/Attorney Signature _____

**Defendant's Information (if known):**
Date of birth: 1/8/75
Last three digits of Driver License: 244
Last three digits of Soc. Sec. No.: _____
Phone No.: 423-762-0284

1600 Pres. George Bush Hwy
Address of Plaintiff or Agent or Attorney
Rowlett TX 75088
469-275-0904
Phone & Fax No. of Plaintiff/Agent/Attorney

RECEIVED
MAY 25 2022
BY: ____

Sworn to and subscribed before me this 25th day of May 20 22

_____
CLERK OF THE JUSTICE COURT OR NOTARY

THIS COPY OF THE CITATION WAS
DELIVERED TO YOU ON THE
_____ DAY OF Jun, 20 22
BILL GIPSON, CONSTABLE
PCT. 2, DALLAS COUNTY, TEXAS
BY: _____ DEPUTY
#267

# CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)
REVEAL ON THE LAKE

## DEFENDANT(S)
TAISHA GIVENS

RECEIVED
JUN 13 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** DALLAS
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

1600 PRESIDENT GEORGE BSH HWY
ROWLETT, TX 75088
469-275-0904

**ATTORNEYS** (IF KNOWN)

1600 PGB HWY
# 17002
ROWLETT, YEXAS 75088
423-762-0284

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT PLAINTIFF
- [x] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 2 U.S. GOVERNMENT DEFENDANT
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| | PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|---|
| | [x] 1 | [ ] 1 | CITIZEN OF THIS STATE | [ ] 4 | [x] 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| | [ ] 2 | [ ] 2 | CITIZEN OF ANOTHER STATE | [ ] 5 | [ ] 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| | [ ] 3 | [ ] 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 6 | [ ] 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION - TRANSFER
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- [ ] 8 MULTIDISTRICT LITIGATION - DIRECT FILE

## V. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

WRONGFUL EVICTION, ILLEGAL EVICTION

**(IF COMPLEX, CHECK REASON BELOW)**

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [ ] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☐ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☑ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☑ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☐ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☐ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT
- ☐ 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 376 Qui Tam 31 USC 3729(a)
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 490 CABLE/SATELLITE TV
- ☐ 890 OTHER STATUTORY ACTIONS
- ☐ 891 AGRICULTURAL ACTS
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23     DEMAND $_____
JURY DEMAND ☐ YES ☐ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

---

## VIII. RELATED/REFILED CASE(S) IF ANY
JUDGE_____     DOCKET NO._____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO._____, WHICH WAS DISMISSED. This case ☐ IS   ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

---

SIGNATURE OF ATTORNEY OF RECORD                                    DATE