IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **REVEAL ON THE LAKE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No**. 3:22-CV-1269-L-BN** |
| § | |
| **TAISHA GIVENS,** § | |
| § | |
| Defendant. § | |

# ORDER

On June 17, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 5) ("Report") was entered, recommending that the court *sua sponte* remand this action for lack of subject matter jurisdiction to Justice of the Peace Court, Precinct 2, Place 2, Dallas County, Texas, from which it was removed by *pro se* Defendant Taisha Givens. The magistrate judge determined that no basis for removal exists because of a federal question or diversity of citizenship. The Report also states: "These findings, conclusions and recommendation also serve as notice to Defendant regarding the jurisdictional defects in her removal of this action, and the 14-day objection period gives Defendant the opportunity to, if she can, attempt to cure these defects." Report 6. No objections to the Report were filed, and the deadline for filing objections has expired. Further, Defendant has made no attempt to cure the jurisdiction deficiencies identified by the magistrate judge or sought an extension of time to do so.

Having considered the Report, Notice of Removal, pleadings, the file, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court *sua sponte* **remands** this action for lack of subject matter jurisdiction to Justice of the Peace Court, Precinct 2, Place 2, Dallas County,

**Order – Page 1**

Texas, from which it was removed. The clerk of the court **shall** effect the remand in accordance with usual procedure and term all pending motions.

    **It is so ordered** this 15th day of July, 2022.

                                            Sam A. Lindsay
                                            United States District Judge

**Order – Page 2**